**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v.  ) | 2:18-CR-00021-8-7 |
| ) | |
| PARONICA BONDS, ) | |
|     Defendant. ) | |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Attorney Scott J. Frankel, counsel for Paronica Bonds, respectfully requests leave to appear telephonically for the pretrial conference scheduled for Friday, September 13, 2019. In support thereof the following is stated:

Counsel has a scheduling conflict which requires him to depart for Cleveland, Ohio at the same time as the pretrial conference. Counsel can be available by phone.

WHEREFORE, for the foregoing reasons, it is respectfully requested that Attorney Scott J. Frankel be allowed to appear telephonically (312-485-3143) at the pretrial conference scheduled for Friday, September 13, 2019 at 1:30 pm.

Dated: September 10, 2019

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By: s/ Scott J. Frankel
Scott J. Frankel, Staff Attorney
227 S. Main Street, Suite 100
South Bend, IN 46601
Phone: (574) 245-7393
Fax: (574) 245-7394
eMail: scott_frankel@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

                                                       s/ Scott J. Frankel